Honorable Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.Z.C. by and through his parents DAVID C. and DIANNA C., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHSHORE SCHOOL DISTRICT, <br><br> Defendant. | No. 2:16-CV-01064 <br><br> ORDER GRANTING STIPULATED MOTION TO FILE OVER-LENGTH BRIEFS AND SET BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS |

This matter came before the Court on Plaintiff R.Z.C. by and through his parents DAVID C. and DIANNA C., ("Plaintiff") and Defendant Northshore School District's (the "District's") Stipulated Motion to File Over-Length Briefs and Set Briefing Schedule for Dispositive Motions. Having reviewed the Motion and all related papers, the Court hereby GRANTS the parties' stipulated motion, docket no. 11.

Plaintiff may file an opening brief no later than June 12, 2017, not to exceed 48 pages.

The District may file an opposition and cross motion no later than June 26, 2017, not to exceed 48 pages.

Plaintiff may file an opposition to the District's cross motion and reply in support of its opening brief no later than July 7, 2017, not to exceed 24 pages.

ORDER GRANTING STIPULATED MOTION TO
FILE OVER-LENGTH BRIEFS AND SET
BRIEFING SCHEDULE FOR DISPOSITIVE
MOTIONS (Cause No. 2:16-CV-01064) - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

The District may file a reply in support of its cross motion no later than July 21, 2017, not to exceed 24 pages.

DATED this 25th day of May, 2017.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

| | |
|---|---|
| Dated this 23rd day of May, 2017 | Dated this 23rd day of May, 2017 |
| SHAPOW LAW PLLC | PACIFICA LAW GROUP LLP |
| /s *Angela M. Shapow* | /s *Carlos A. Chavez* |
| Angela M. Shapow, WSBA # 41471 | Carlos A. Chavez, WSBA # 34076 |
| Attorneys for Plaintiff R.Z.C. by and through his parents DAVID C. and DIANNA C. | Attorneys for Northshore School District |

ORDER GRANTING STIPULATED MOTION TO
FILE OVER-LENGTH BRIEFS AND SET
BRIEFING SCHEDULE FOR DISPOSITIVE
MOTIONS (Cause No. 2:16-CV-01064) - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500