UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

R.Z.C.,

           Plaintiff,

   v.

NORTHSHORE SCHOOL DISTRICT,

           Defendant.

C16-1064 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)   The trial date of September 25, 2017, and all related deadlines are hereby STRICKEN. The Court will promptly reset the trial date, if appropriate, after it rules on the pending cross-motions for summary judgment, docket nos. 13, 16.

     (2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 14th day of July, 2017.

                                             William M. McCool
                                           Clerk

                                           s/Karen Dews
                                           Deputy Clerk

MINUTE ORDER - 1